In the Matter of the Application of the Superintendent of Banks of the State of New York, Respondent, for Leave to Sell and Convey Certain Real Property of The Binghamton Trust Company in Liquidation. Hiram Goldsmith, Appellant.— Order affirmed, with ten dollars costs and

---

* See Gen. Laws, chap. 39 (Laws of 1890, chap. 565), § 61, added by Laws of 1897, chap. 754, as amd. by Laws of 1898, chap. 520, and Laws of 1909, chap. 153; now Consol. Laws, chap. 49 (Laws of 1910, chap. 481), § 90.— REP.

disbursements. All concurred, except Houghton, J., dissenting; Lyon, J., not sitting.